# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| J.B.C.O., J.E.C.M., minor child J.S.C.M., A.J.H.G., A.D.B.A., and S.V.M.S., by and through their next friend E.K.M.P., | Civil No. 26-424 (JRT/DJF) |
| Petitioners, | |
| v. | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| PAMELA BONDI, *Attorney General of the United States*; | |
| KRISTI NOEM, *Secretary of the United States Department of Homeland Security*; | |
| TODD M. LYONS, *Acting Director of the United States Immigration and Customs Enforcement*; and | |
| DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; | |
| Respondents. | |

Petitioners are citizens of Venezuela and residents of St. Paul, MN. Petitioners allege that on Thursday, January 15, 2026, U.S. Immigration and Customs Enforcement ("ICE") officers entered their home without presenting a warrant and arrested the Petitioners at gunpoint. (Amended Petition for Writ of Habeas Corpus, ¶ 33, Jan. 19, 2026, Docket No. 4.)

Earlier today, this Court issued an order directing Respondents, by 5:00 p.m., to produce a judicial warrant authorizing entry into Petitioners' home and Petitioners' arrest. (Order, Jan. 19, 2026, Docket No. 6.) The Court stated that absent proof of such a warrant, the Court would order Petitioners' immediate release. (*Id.*)

This deadline having passed and the Respondents having failed to respond, the Court will grant the petition for a writ of habeas corpus and will order Petitioners' immediate release. *See e.g.*, *Ahmed M. v. Bondi*, No. 25-4711, 2026 WL 25627, at *3 (D. Minn. Jan. 5, 2026) (collecting cases and concluding that release is the appropriate remedy where the Government fails to produce a warrant justifying Petitioner's arrest and detention).

**IT IS HEREBY ORDERED THAT**:

1. The Amended Petition for a Writ of Habeas Corpus (Docket No. [4]) is **GRANTED**.

2. Respondents shall release Petitioners from custody as soon as practicable, and no later than 72 hours within the filing of this order.

    a. If Petitioners have already been removed from Minnesota, Respondents shall immediately return Petitioners to Minnesota, prior to their release.

3. Within five days of the date of this Order, the parties shall provide the Court with a status update concerning Petitioners' release.

DATED: January 19, 2026                           /s/ John R. Tunheim
at Minneapolis, Minnesota,                    JOHN R. TUNHEIM
at 6:34 p.m.                                       United States District Judge