# UNITED STATES DISTRICT COURT

## District of Minnesota

J.B.C.O., J.E.C.M., J.S.C.M. A.J.H.G.,
A.D.B.A., S.V.M.S., E.K.M.P.

Petitioners,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-424 (JRT/DJF)

---

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Order 6 , Order 9 and Order 14 have been satisfied.

Date: 2/1/2026

KATE M. FOGARTY, CLERK