UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| J.B.C.O., J.E.C.M., minor child J.S.C.M., A.J.H.G., A.D.B.A., and S.V.M.S., *by and through their next friend E.K.M.P.*, | Civil No. 26-424 (JRT/DJF) |
| Petitioners, | |
| v. | |
| PAMELA BONDI, *Attorney General of the United States*; | |
| KRISTI NOEM, *Secretary of the United States Department of Homeland Security*; | **ORDER** |
| TODD M. LYONS, *Acting Director of the United States Immigration and Customs Enforcement*; and | |
| DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; | |
| Respondents. | |

Petitioners are six citizens of Venezuela who were detained by U.S. Immigration and Customs Enforcement officials on January 15, 2026.[1] The Court ordered Petitioners' immediate release on January 19, 2026. (*See* Docket No. 9.) Respondents eventually

---

[1] The Court set out the procedural history of this case in its previous Order on January 25, 2026. (*See* Docket No. 14.)

released all six Petitioners from custody, and the case was closed and judgment entered. (*See* Docket Nos. 15, 16, 17.)

Petitioners have now filed a Motion to Reopen Judgment and Third Motion for Order to Show Cause. (Feb. 9, 2026, Docket No. 18). Petitioners state that:

> Upon their release . . . Respondents refused to return J.B.C.O.'s driver's license and work permit and J.S.C.M.'s work permit. Respondents also imposed conditions of release on all of the Petitioners except J.S.C.M.

(*Id.* at 2.) Petitioners contend that despite efforts to have this property returned, "Respondent ICE has indicated that these documents are being kept in Texas, and to date, refused to cooperate in returning these records to Petitioners." (*Id.*)

It is doubtful that Respondents possess legal authority to impose conditions of Petitioners' release and retain their property despite the Court's conclusion that their arrest and detention was unlawful. The Court will reopen this case pursuant to Federal Rule of Civil Procedure 59(e) and will order Respondents, within 72 hours of the filing of this Order, to show cause regarding Respondents' authority to impose conditions as to Petitioner's release and retain their property, notwithstanding the Court's decision that Respondents lacked a lawful basis to arrest and detain Petitioner in the first instance. In the absence of such a showing, Respondents are directed to remove all conditions from Petitioner and to confirm the removal to the Court. Respondents will also be directed to return Petitioners' documents.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioners' Motion to Reopen Judgment and Third Motion for Order to Show Cause (Docket No. [18]) is **GRANTED IN PART**, as follows:

1. Petitioners' motion to reopen the case is **GRANTED**.

2. Respondents shall file a reasoned memorandum responding to Petitioner's motion **within 72 hours of the filing of this order**, either:

    a. demonstrating the lawful basis for the conditions of release imposed, or

    b. confirming that all conditions of release have been removed

3. Also **within 72 hours of the filing of this order**, Respondents shall return Petitioners' documents (J.B.C.O.'s driver's license and work permit, J.S.C.M.'s work permit, and any others) to Petitioners or Petitioners' counsel, and shall inform the Court to whom the documents were provided.

4. Petitioners shall file any reply **within 24 hours** of the filing of Respondents' answer.

DATED: February 21, 2026             _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.             JOHN R. TUNHEIM
                                                     United States District Judge