**UNITED STATES DISTRICT COURT**

**District of Minnesota**

J.B.C.O., J.E.C.M., J.S.C.M., A.J.H.G., A.D.B.A., S.V.M.S., E.K.M.P.

                 Petitioners,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood

                 Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00424-JRT-DJF

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  In consideration of Petitioners' Notice of Withdrawal of Motion for Sanctions (Docket No. [56]), Petitioners' Motion for Sanctions (Docket No. [25]) is **DENIED**.

2.  Petitioners' Motion for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (Docket No. [49]) is **GRANTED** as follows:

    a.  Respondents shall provide Petitioners $17,505 in total attorney's fees and costs under the Equal Access to Justice Act;

    b.  Equal amounts of $2,917.50 shall be paid to each Petitioner, with minor child J.S.C.M.'s portion of the award paid to his mother, E.K.M.P.

Date: 5/19/2026

KATE M. FOGARTY, CLERK